IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Charles Green, | ) | C/A No.: 3:10-3162-JFA-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | FIFTH AMENDED |
| | ) | SCHEDULING ORDER |
| Sheriff Leon Lott; Deputy Sheriff Tom Hodges, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this court, the following amended schedule is established for this case:

1. Discovery shall be completed no later than **August 18, 2012**. All discovery requests shall be served in time for the responses thereto to be served by this date.

2. All other motions, except those to complete discovery and those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, shall be filed on or before **September 20, 2012**. (Fed. R. Civ. P. 16(b)(2)).

IT IS SO ORDERED.

June 25, 2012  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge