IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Charles Green, ) | C/A No.  3:10-3162-JFA |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Deputy Sheriff Tom Hodges, ) | **ORDER FOR TRANSPORTATION** |
| ) | **TO TRIAL** |
| Defendant. ) | |
| _____ ) | |

The above referenced case is calendared for trial on August 26–27, 2013 at 9:15 a.m.

The plaintiff in this case is currently in the custody of the South Carolina Department of Corrections (SCDC). The court hereby orders that SCDC transport the plaintiff to Courtroom No. IV of the Matthew J. Perry, Jr. United States Courthouse, 901 Richland Street, for attendance at the aforesaid trial.

The plaintiff's attendance at trial is mandatory.

IT IS SO ORDERED.

August 1, 2013                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                                United States District Judge